**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

APR 19 2017

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50552 |
| Plaintiff-Appellee, | D.C. No. 3:14-cr-01694-WQH |
| v. | |
| PABLO ALVAREZ-JIMENEZ, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted April 11, 2017**

Before:     GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Pablo Alvarez-Jimenez appeals from the district court's judgment and

challenges the 30-month sentence imposed following his guilty-plea conviction for

for being a removed alien found in the United States, in violation of

8 U.S.C. § 1326.  Alvarez-Jimenez challenges the 16-level enhancement that the

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

district court imposed on the basis of his 2013 aggravated assault conviction.

This sentencing appeal is moot because Alvarez-Jimenez has fully served his custodial sentence and is not subject to a term of supervised release. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999). Accordingly, we dismiss the appeal.

**DISMISSED.**